UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROSE STENDER**                                                                                         **PLAINTIFF**

v.                                              No. 4:22-CV-592-LPR-JTR

**RELIANCE STANDARD LIFE INSURANCE**
**COMPANY and ARKANSAS PSYCHIATRY &**
**BEHAVIORAL HEALTH, P.A.**                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge J. Thomas Ray.[1] No objections have been filed, and the time for doing so has expired. After a careful and *de novo* review of the RD and the record in this case, the Court approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Defendant Reliance Standard Life Insurance Company's Cross-Motion for Judgment on the ERISA Administrative Record (Doc. 16) is GRANTED, and Plaintiff's Motion for Judgment on the Pleadings (Doc. 14) is DENIED. Judgment will be entered for Defendants.

IT IS SO ORDERED this 11th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Recommended Disposition (Doc. 23).

[2] There is one minor exception, almost too small to even mention. On page 9 of the RD, footnote 15 notes that the August 3 ER records don't show a patient complaint of shortness of breath. But the RD notes on page 4 that there was such a patient complaint. In any event, whether there was or wasn't such a complaint on August 3 doesn't change the outcome here.