UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROSE STENDER                                                                                          PLAINTIFF

v.                                          No. 4:22-CV-592-LPR-JTR

RELIANCE STANDARD LIFE INSURANCE
COMPANY and ARKANSAS PSYCHIATRY &
BEHAVIORAL HEALTH, P.A.                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered on all claims in favor of Defendants.

IT IS SO ADJUDGED this 11th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE